UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-   Case No.  8:94-cr-65-T-24

JANICE WEEKS-KATONA

_____/

**ORDER**

This cause comes before the Court on Defendant Janice Weeks-Katona's motion titled, "Motion Per FRCivP 60(b)(5)." (Doc. No. 501).  Defendant Janice Weeks-Katona was convicted, and in August of 1996, she was sentenced to 292 months of imprisonment and ordered to pay restitution in the amount of $3,311,000.  (Doc. No. 432).  She filed the instant motion, which the Court construes as a motion to release her from imprisonment, since she has attempted to pay the $3,311,000 in restitution.  It appears that Defendant Weeks-Katona believes that she is being held as secured collateral (via imprisonment) until the restitution is paid.  However, Defendant Weeks-Katona's belief that she is being held as secured collateral is incorrect, and regardless of whether she has paid the restitution, such would not entitle her to be released from imprisonment prior to her serving her sentence.  Accordingly, it is ORDERED AND ADJUDGED that her motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of August, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record